IRWIN, survivor, *v.* WILLIAMS.

LITTLE, J. No brief for plaintiff in error was filed in this court on or before February 25, 1901, in accordance with the order of this court, and no reason shown for such default. Under the ruling in case of *Irwin v. A., K. & N. Ry. Co.*, the writ of error is        *Dismissed. All the Justices concurring.*

Submitted March 2,—Decided March 28, 1901.

Practice in the Supreme Court.

*C. D. Phillips, E. Faw,* and *J. Z. Foster,* for plaintiff.
*J. J. Northcutt,* for defendant.